FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Link #20
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUSATVO BANUELOS and FERNANDO IZARRARAZ, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ARMSTRONG FLOORING, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:21-CV-07393-PSG-SK<br><br>Honorable Philip S. Gutierrez<br><br>[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)A(ii)<br><br>Complaint Filed: July 22, 2021<br>Trial Date: None Set |

# [PROPOSED] ORDER

Having duly considered the STIPULATION OF DISMISSAL, which was filed by Plaintiffs Gustavo Banuelos and Fernando Izarraraz and Defendant Armstrong Flooring, Inc., and Good Cause Appearing

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. This lawsuit is hereby ORDERED DISMISSED WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFFS BANUELOS AND IZARRARAZ
2. This lawsuit is hereby ORDERED DISMISSED WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS.

Dated: 11/9/21

Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE